```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WILLIAM MORA,                       :
                                    :
                  Petitioner,       :
                                    :    08 Cv. 3826 (BSJ)
      v.                            :    05 Cr. 1149 (BSJ)
                                    :
                                    :         Order
UNITED STATES OF AMERICA,           :
                                    :
                  Respondent.       :
------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

William Mora has petitioned this Court to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. In accordance with Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, I have considered the Petition preliminarily and direct that Respondent file an Answer within sixty (60) days of the date of this Order. The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying Petition on the United States Attorney for the Southern District of New York, United States Attorney's Office, One St. Andrew's Plaza, New York, New York, 10007.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

1